UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and <br> DARLYN HARRIS MOORE, as Mother <br> And Next Friend of B.J.H., a minor <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA d/b/a <br> DEPARTMENT OF HEALTH AND <br> HUMAN SERVICES d/b/a/ BETTY JEAN <br> KERR PEOPLE'S HEALTH CENTERS, <br> and GENIE PIERSON, M.D. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:19-cv-01956 RWS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Come now the Parties and state they mediated this case on May 4, 2021 and June 14, 2021 with settlement discussions between the Parties continuing thereafter.  On June 23, 2021 the Parties reached an agreement to settle this matter which resolved Plaintiffs' claims.

Counsel for the Parties are in the process of preparing and finalizing settlement documents and requests a setting from the Court to hear Plaintiff's Petition to Approve Settlement of a Minor.

<u>/s/Daniel Finney, Jr.</u>
Daniel Finney, Jr., #26389
Finney Law Office LLC
225 S. Meramec – Suite 1200
Clayton, MO  63105
dan@finneylawoffice.com
*Attorney for Plaintiffs*

<u>*/s/ Nicholas Llewellyn*</u>
Nicholas Llewellyn, #43839
Assistant U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street,  20th Floor
St. Louis, MO  63102
Nicholas.llewellyn@usdoj.gov
*Attorney for United States of America d/b/a*
 *Department of Health and Human Services*