UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and ) <br> DARLYN HARRIS MOORE, as Mother ) <br> And Next Friend of B.J.H., a Minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al.,) <br> ) <br> Defendants. ) | Case No. 4:19 CV 1956 RWS |

## ORDER

The Court having been notified that this action has settled,

**IT IS HEREBY ORDERED** that the October 12, 2021 Jury Trial setting is vacated and all pending motions are denied without prejudice and all deadlines and hearings are vacated.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

                                                           RODNEY W. SIPPEL
                                                         UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2021.