UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and<br>DARLYN HARRIS MOORE, as Mother<br>and Next Friend of B.J.H., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>ET AL.<br><br>Defendants. | Case No. 4:19 CV 1956 RWS |

## MOTION FOR APPOINTMENT OF NEXT FRIEND

Plaintiff Darlyn Harris Moore, appears by and through counsel, and for her Motion for Appointment of Next Friend, states:

1. B.J.H. is a minor children residing in St. Louis County, State of Missouri.

2. B.J.H.'s date of birth is July 14, 2017, and he is currently 3 years of age.

3. Pursuant to Rev. Mo. Stat. §507.110, a "next friend" must be appointed for B.J.H., to prosecute the above-captioned suit given the minor status of B.J.H.

4. Darlyn Harris Moore is the biological mother of B.J.H. and resides with the minor child in St. Louis County, State of Missouri.

5. Darlyn Harris Moore is also a named Plaintiff in this case.

6. The biological father of minor child B.J.H., Forrest Green is deceased.

7. Darlyn Harris Moore consents to consents to appointment as "next friend" for Minor Child B.J.H.

WHEREFORE, Darlyn Harris Moore, agrees to accept the responsibilities of a Next Friend and carry out the orders of the Court, and prays for an order of this Court appointing Darlyn Harris Moore, as Next friend of minor B.J.H.

STATE OF MISSOURI      )
                       ) ss.
COUNTY OF ST. LOUIS    )

DARLYN HARRIS MOORE, of lawful age, being duly sworn upon her oath, states that the undersigned is the person named above and the facts stated therein are true according to her best knowledge and belief.

_____
DARLYN HARRIS MOORE

Subscribed and sworn to before me, a Notary Public, this 25 day of June, 2021.

_____
Notary Public

My Commission Expires:

2/27/2022

Dated:

```
GABRIELLA PATANA
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Feb. 27, 2022
Commission # 14921146
```

/s/Daniel P. Finney, Jr., #26389
225 S. Meramec
Suite 1200
St. Louis, MO 63105
(314) 646-0300
(314) 646-0303 FAX
Attorney for Plaintiff
dan@finneylawoffice.com

CERTIFICATE OF SERVICE

I, Daniel P. Finney, Jr., of Finney Law Office, LLC, counsel for Plaintiffs, hereby certify a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants this 28th day of June, 2021.

/s/ Nicholas Llewellyn
Nicholas Llewellyn, #43839
Assistant U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
Nicholas.llewellyn@usdoj.gov
*Attorney for United States of America d/b/a
Department of Health and Human Services*