UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARLYN HARRIS MOORE and  ) | | |
| DARLYN HARRIS MOORE, as Mother ) | | |
| And Next Friend of B.J.H., a Minor, ) | | |
|                                                         ) | | |
|           Plaintiffs,                       ) | | |
|                                                         ) | | |
|      vs.                                         )   Case No. 4:19 CV 1956 RWS | | |
|                                                         ) | | |
| UNITED STATES OF AMERICA, et al.,) | | |
|                                                         ) | | |
|           Defendants.                    ) | | |

## ORDER

**IT IS HEREBY ORDERED that** Darlyn Harris Moore's motion to be appointed as the next friend of B.J.H. [46] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' motion to approve the settlement of a minor is set for a hearing on **Thursday, July 15, 2021 at 11:00 a.m.** The hearing will be held via a zoom.gov videoconference. The zoom.gov video conference connection links will be sent to the counsel of record by email after this order is docketed.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2021.