UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and<br>DARLYN HARRIS MOORE, as Mother<br>And Next Friend of B.J.H., a minor<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:19-cv-01956 RWS<br>)<br>)<br>)<br>)<br>) |

### ORDER APPROVING PLAINTIFFS' PETITION
### TO APPROVE SETTLEMENT OF A MINOR

**WHEREAS** Plaintiffs have settled their cause of action against Defendant, United States of America, arising under and pursuant to the Federal Tort Claims Act;

**IT IS HEREBY ORDERED** that the settlements were made in good faith; their terms are fair and reasonable; and their terms are in the best interest of B.J.H., a minor and Darlyn Harris Moore

**IT IS HERBEY ORDERED** that the settlement is approved by this Court as to the Defendant United States of America and to be distributed per the settlement documents.

**IT IS HEREBY ORDERED** that the causes of action against the Defendant United States of is hereby dismissed with prejudice and without costs.

Dated: July 15, 2021

_____
Hon. Rodney W. Sippel