UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and ) <br> DARLYN HARRIS MOORE, as Mother ) <br> And Next Friend of B.J.H., a Minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al.,) <br> ) <br> Defendants. ) | Case No. 4:19 CV 1956 RWS |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs' motion to enforce settlement [51] is **DENIED** without prejudice as moot. Plaintiff shall file a notice with the Court when they receive the settlement funds.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2021.