UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLYN HARRIS MOORE and <br> DARLYN HARRIS MOORE, as Mother <br> and Next Friend of B.J.H., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 4:19 CV 1956 RWS |

## NOTICE TO COURT OF RECEIPT OF SETTLEMENT PROCEEDS

Pursuant to Court's Order entered August 31, 2021, Plaintiffs, by and through their attorney hereby notifies the Court that they are in receipt of the settlement proceeds in connection with this matter. Plaintiffs hereby acknowledge full satisfaction and dismiss their claim against Defendant United States of America with prejudice.

FINNEY LAW OFFICE, LLC

/s/Daniel P. Finney Jr., #26389
225 S. Meramec
Suite 1200
Clayton, MO 63105
(314) 646-0300
(314) 646-0303
dan@finneylawoffice.com
*Attorney for Plaintiffs*

## Certificate of Service

The undersigned certifies that on the 30th day of September, 2021, a copy of the foregoing was mailed postage prepaid and sent via e-mail upon the following attorney for Defendant as follows:

Nicholas Llewellyn, #43839
Assistant U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
Nicholas.llewellyn@usdoj.gov
*Attorney for United States of America d/b/a*
 *Department of Health and Human Services*

/s/Daniel P. Finney Jr., #26389